THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS WELLS, Appellant.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.